■■■ JILL E. REED et al., Appellants, v CYNTHIA FRASER, M.D., et al., Respondents. (Appeal No. 1.) JILL E. REED et al., Appel-

lants, v CYNTHIA FRASER, M.D., et al., Respondents. (Appeal No. 2.) JILL E. REED et al., Appellants, v CYNTHIA FRASER, M.D., et al., Respondents. (Appeal No. 3.) [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Smith, Green and Pine, JJ.